# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

January 24, 2022

By ECF

Honorable Paul A Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten notation: Approved. The adjournment to March 29, 2022 @ 11:30 Granted. So ordered. /s/ Paul A. Crotty USDJ]*

Re:   *United States v. Eniel Vasquez, et al.,* 20 Cr. 022 (PAC)

Dear Judge Crotty:

I represent Eniel Vasquez in the above-captioned matter. I write to respectfully request an adjournment of Mr. Vasquez's sentence proceeding now scheduled for February 22, 2022, until the week of March 28, 2022, at a date and time convenient to the Court.

Counsel has a murder trial in *United States v. Rodriguez, et al.,* 20 Cr. 301 (PKC) scheduled to begin February 14, 2022, and which is scheduled to be approximately two weeks long. Additionally, counsel makes this request due to the ongoing lockdown at MDC Brooklyn.

AUSA Celia Cohen has no objection to this request.

Thank you for your attention to this matter.

Very truly yours,

James Roth, Esq.

cc:   AUSA Celia Cohen (By ECF)

JR/Vasquez/Adj Rqst Sent